1
2
3                                    **JS-6**
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MARIA FRANCO, ) | Case No. EDCV 07-946-VAP |
| ) | (JCRx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| PIER 1 IMPORTS, INC., ) | |
| ROE CORPORATION and DOES ) | |
| 1 through 20, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendant on Plaintiff's Complaint.  Plaintiff's Complaint is ordered DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 11, 2008            _____
                                     VIRGINIA A. PHILLIPS
                                     United States District Judge